# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **JOSEPH ASH, ET AL** | **CIVIL DOCKET NO. 1:21-CV-03566** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **FLOWERS FOODS, INC., ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

In consideration of the Court's Ruling [Doc. 62];

IT IS ORDERED that Defendants' Motions for Summary Judgment [Docs. 33, 34, 35] are GRANTED.

IT IS FURTHER ORDERED that all Plaintiffs' claims against Defendants are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that DAUBERT MOTION TO STRIKE PLAINTIFFS' EXPERT SHAWN KANTOR [Doc. 37] is DENIED AS MOOT.

THUS, DONE AND SIGNED in Chambers on this 16th day of May 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE